## EXHIBITS

Exhibit 1 – X post republishing Reddit post (May 18, 2025)

Exhibit 2 – Reddit post titled "Karl Jobst boasts about moving assets…" (May 16, 2025)

Exhibit 3 – X replies to Mitchell's May 18, 2025 post

Exhibit 4 – Trustee Initial Notice and Report to Creditors excerpt (June 6, 2025) (see ¶11)

Exhibit 5 – X post alleging "serious illegal activity" (June 24, 2025) (see ¶12)

Exhibit 6 – Pre-bankruptcy settlement offer

Exhibit 7 – Settlement offer rejection

Exhibit 8 – Email to Trustee (June 25, 2025)

Exhibit 9 – Email from Trustee (June 26, 2025)

Exhibit 10 – Trustee letter to Mitchell's solicitor re: X post (June 26, 2025)

Exhibit 11 – Trustee email confirming no response (February 2, 2026)

Exhibit 12 – X post depicting hanging (June 29, 2025) (see ¶18)

Exhibit 13 – Screenshot of the August 11 Video

Exhibit 14 – X post alleging "scammed $200,000" (August 12, 2025)

Exhibit 15 – December 4 Livestream

Exhibit 16 – June 3 Video

Exhibit 17 – Email to lawyer re: 2022 GoFundMe video script (October 27, 2022)

Exhibit 18 – Reply from lawyer re: 2022 GoFundMe (October 28, 2022)

Exhibit 19 – 2022 GoFundMe description

Exhibit 20 – Email re: draft complaint (May 10, 2022)

Exhibit 21 – Draft complaint (May 10, 2022)

Exhibit 22 – Concerns Notice (May 10, 2022)

Exhibit 23 – Law firm trust statements

Exhibit 24 – Decision re: security for costs (19 August, 2022)

Exhibit 25 – Email from Mitchell's solicitor re: GoFundMe (November 7, 2022)

Exhibit 26 – Email to Mitchell's solicitor re: GoFundMe (November 9, 2022)

Exhibit 27 – Screenshot of August 20, 2023 video regarding GoFundMe

Exhibit 28 – August 27 Livestream

Exhibit 29 – November 12 Livestream

Exhibit 30 – 2021 GoFundMe page

Exhibit 31 – David Race testimony re: 2021 GoFundMe (September 20, 2024)

Exhibit 32 – Markus Persson X post offering help with legal fees (May 27, 2021)

Exhibit 33 – X messages between Jobst and Persson re: legal fees

Exhibit 34 – Email correspondence with Persson's manager

**Exhibit 35 – Persson X post supporting Jobst (April 25, 2025)**

**Exhibit 36 – Mitchell quote post of Persson X post (April 25, 2025) (see ¶52)**

**Exhibit 37 – October 29 Livestream**

**Exhibit 38 – Use of likeness for promotion**

**Exhibit 39 – Use of name for promotion**

**Exhibit 40 – Use of statements for promotion**

**Exhibit 41 – Sale of likeness**

**Exhibit 42 – Monetisation examples**

**Exhibit 43 – Mitchell X repost re: attacking income (August 15, 2025)**

**Exhibit 44 – Further comments during August 27 Livestream**

**Exhibit 45 – Mitchell statements re: equity or property**

**Exhibit 46 – Public Ridicule and Degrading Statements**

**Exhibit 47 – Violent imagery and intimidation**

28

29

**EXHIBIT 1 - X POST REPUBLISHING REDDIT POST**



29

**EXHIBIT 2 – REDDIT POST**

https://www.reddit.com/r/youtubedrama/comments/1kobzza/karl_jobst_boasts_about_moving_assets_to_his_wife/     Go

4 captures

r/youtubedrama ·
Crnnip073n7

## Karl Jobst boasts about moving assets to his wife before declaring bankruptcy — a possible 'creditor-defeating' scheme

Culture

'gy

ure

& TV

eddit

o BETA

**New to Reddit?**

Continue with Email

Continue With Phone Number

30

## EXHIBIT 3 – REPLIES TO MITCHELL'S X POST



**David**

If the bankruptcy court is willing to allow debtors to deprive their creditors, namely BILLY, everyone would be doing this. Karl is a fraud.



**ballguy**

Isn't that illegal



**Gøngehovding**

That is bankruptcy fraud lmao

> years.
> , after the presentation of a petition on which, or by virtue of the presentation of which, he or she becomes a bankrupt:
> , removes, disposes of or deals with any part of his or her property to the value of $20 or more;
> a debt due to or by him or her;
> , parts with, destroys, mutilates, falsifies, alters or makes a false entry in, or omits a material particular from, a book (including a book of an associated entity of the person) affecting or relating to any of the pe
> to account for any part of his or her property by falsely stating that he or she has incurred a loss or expense;
> e than in the ordinary way of his or her business, disposes of, or gives security over, property that he or she has obtained on credit and for which he or she has not paid; or
> e production of a book (including a book of an associated entity of the person) affecting or relating to any of the person's examinable affairs,



**Charlie Carter**

This is clear and obvious fraud.

**EXHIBIT 4 – TRUSTEE REPORT TO CREDITORS**

**6 June 2025**

svpartners

# Initial Notice and Report to Creditors
# Bankrupt Estate of Karl David Jobst
# Administration No: QLD 652/25/0

## 6. Offences and recoverable transactions

We have conducted enquiries and investigations in respect of the Bankrupt's property and examinable affairs, primarily aimed at determining any actual or potential avenues of recovery for the benefit of creditors.

We, as Trustees in Bankruptcy of the bankrupt estate have a right to:

- report the Bankrupt for offences;
- recover transactions that were unfair, uncommercial or preferential (referred to as voidable transactions); and
- sell these rights to pursue voidable transactions to a third party.

### 6.1. Offences

Information pertaining to types of offences a bankrupt could commit are provided in the **attached** information sheet for creditors.

To date, our investigations have not identified any offence under the Act by the Bankrupt. Should any such offence be identified, they will be reported to AFSA accordingly.

32

## EXHIBIT 6 – PRE-BANKRUPTCY SETTLEMENT OFFER

 **MILLS OAKLEY**

Page 1 of 2
**Mills Oakley**
ABN: 51 493 069 734

Your ref: MAC:FJ:20230597
Our ref: SVBB9442825

All correspondence to:
GPO Box 5247
BRISBANE QLD 4001
DX 40160 Brisbane Uptown

Contact
Nicole Neal +61 7 3228 0423
Email: nneal@millsoakley.com.au
Fax: +61 7 3012 8777

Partner
Samuel Barber +61 7 3228 0477
Email: sbarber@millsoakley.com.au

**WITHOUT PREJUDICE**

1 May 2025

Attention: Michael Coates & Francis Joseph
Bennett & Philp Lawyers

By email:          mcoates@bennettphilp.com.au;
                   FJoseph@bennettphilp.com.au

Dear Colleagues,

**William James Mitchell v Karl Jobst | District Court of Queensland proceeding no. 1075/24 (Proceeding)**

As it now stands, our client is liable for payment of the total sum of $990,945.57 (the **Judgment Debt**) to your client, calculated as follows.

| | |
|---|---|
| Damages for non-economic loss | $300,000.00 |
| Plus interest on the above amount | $34,668.50 |
| Plus aggravated damages | $50,000.00 |
| Plus interest on the above amount | $5,778.08 |
| Plus costs | $600,498.99 |
| **Total** | **$990,945.57** |

Our client does not have the financial means to satisfy the Judgment Debt.

In summary, our client's financial position is as follows.

1. Our client has a 50% interest in the property located at                    Pallara QLD 4110 (the **Pallara Property**). The Pallara Property is our client's principal place at which he resides at with his wife and child.

2. Our client has obtained 3 property appraisals for the Pallara Property, which show the average valuation of the Pallara Property to be $1,298,333.33. Copies of the property appraisals are **attached**.

3. The Pallara Property is the subject of a mortgage with Commonwealth Bank which secures two loans with approximately a total of $1,033,338.46 outstanding on both loans. Accordingly, our client's equity in the Pallara Property totals approximately $132,497.44. Copies of the most recent loan account statements issued from Commonwealth Bank are **attached**.

4. Our client has a 50% interest in the property located at                    Richlands, QLD 4077 (the **Richlands Property**). The Richlands Property is jointly owned by our client and his wife.

5. Our client has obtained 3 property appraisals for the Richlands Property, which show the average valuation of the Richlands Property to be $614,166.67. Copies of the property appraisals are **attached**.

33



**MO** MILLS OAKLEY

**Page 2 of 2**

6. The Richlands Property is the subject of a mortgage with Commonwealth Bank which secures two loans with approximately $369,042.05 outstanding in both loans in total. Accordingly, our client's equity in the Richlands Property totals approximately $122,562.31. A copy of the most recent loan account statements issued from Commonwealth Bank are **attached**.

7. Our client is a shareholder of a company, Karl Jobst Gaming Pty Ltd ACN 646 882 939. In this regard, our client's accountant has advised that:

   a. the company has traded at a loss and is expected to do so for a period of time;

   b. there are no fixed contracts with any customers, nor is there any trail income that is generated by the company; and

   c. the net assets of the company as at 29 April 2025 is negative $27,304.99 and therefore the shares in the company are expected to have no or nominal value.

8. Other than his share of the equity in the Pallara Property and the Richlands Property, our client has no assets or cash on hand.

9. Our client owes $8,449.18 on a Commonwealth Bank credit card and $3,774.35 on an American Express credit card. Copies of the most recent credit card statements issued are **attached**.

10. Our client owes our firm in excess of $25,000.00 in respect of his legal fees.

Clearly, our client does not have the financial means to satisfy the Judgment Debt, and considers he has no choice but to declare bankruptcy.

However, our client is genuine in saying that he would like to settle the Judgement Debt before your client incurs further legal costs which will not be able to be recovered from our client.

All that said, our client is prepared to pay to your client an amount of $300,000.00 in full and final settlement of the Judgment Debt to be paid within 48 hours of the parties executing of a Deed of Settlement and Release.

In the event your client is not minded to accept our client's offer and our client is forced into bankruptcy, we consider your client is likely to recover less than the amount of our client's offer noting our client's financial position outlined above and that, if for no other reason, the trustee's costs incurred will be recovered in priority to payment of any creditors.

Please let us have your written response to our client's offer by **4pm on Tuesday, 6 May 2025** after which time it will lapse and our client will place himself into bankruptcy.

Yours faithfully,

**Samuel Barber**
**Partner**

34

## EXHIBIT 7 – SETTLEMENT OFFER REJECTION

**bennett & philp · lawyers**

■ ■ ■ ■   □

⊤⊤ MERITAS

Bennett & Philp Lawyers is a member of
Meritas, one of the world's largest alliances of
prequalified independent law firms.

6 May 2025

Our Ref:      MAC:FJ:EC:20230597
Your Ref:

Mills Oakley
Level 23, 66 Eagle Street
Brisbane Qld 4000

**By email:** *nneal@millsoakley.com.au;*
*sbarber@millsoakley.com.au*

**Without Prejudice**

Dear Colleagues,

**WILLIAM JAMES MITCHELL v KARL JOBST**
**DISTRICT COURT OF QUEENSLAND AT BRISBANE PROCEEDING NO. 1075 OF 2024**

1       We refer to your correspondence to us of 1 May 2025 containing an offer.

2       Our client is not inclined to accept the offer.

3       Furthermore, in order to properly consider any offer, our client would require your client provide more complete information in relation to his financial position, unredacted and on oath.

4       In relation to the information provided with your client's offer, we note that firstly, your offer refers to three appraisals each in respect of the relevant properties. However, you only provided two in respect of each property that actually provide an indication of the value of your client's properties. That is, the lengthy QRealty documents do not appear to include any appraisal at all in respect of the likely value of each property. Further, in light of that it would appear that the valuation figures given in your correspondence have been skewed downwards. If there is a third appraisal in respect of each property that actually gives a valuation please provide those appraisals to us.

5       Secondly, while your correspondence indicates that your client has limited financial means and no liquid assets, your client's offer includes a promise to pay $300,000 within 48 hours of executing a deed of settlement. It is not clear from the financial records provided how your client intends to raise or source that money. In fact, from the information provided in your correspondence it appears that he should not be able to do so at such short notice. Our client will not accept funds except from legitimate sources. As such he requires your client to disclose on oath the source of the funds that he proposes to pay to our client.

35

Mills Oakley                              - 2 -                              6 May 2024

6        In any event considering the scale of the debt and the conduct of your client over the course of the last four to five years in respect of our client, his offer is not acceptable to nor capable of acceptance by our client. Your client's offer is rejected but our client is prepared to consider more reasonable offers.

Yours faithfully,
**BENNETT & PHILP**

*Bennett & Philp*

Contact:        Francis Joseph
Position:       Senior Associate
Direct Line:    07 3001 2995
Email:          fjoseph@bennettphilp.com.au

36

## EXHIBIT 8 – EMAIL TO TRUSTEE RE: JUNE 24 X POST

**From:** KARL Jobst <k_jobst@hotmail.com>
**Sent:** Wednesday, 25 June 2025 4:43 PM
**To:** Luke Rose <Luke.Rose@svp.com.au>
**Cc:** Jeeho Lee <Jeeho.Lee@svp.com.au>; Terry Rose <Terry.Rose@svp.com.au>
**Subject:** Re: Karl Jobst Bankrupt Estate

Hi Luke,

https://x.com/BillyPacMan/status/1937483729955651696

Please view the above tweet. I am sorry for wasting your time again if this is just considered a 'public comment' however on it's face it appears to be the threat of legal action against me for alleged offences during the bankruptcy proceedings. This is obviously a very serious matter as 1. I would like to know if I have done anything illegal during this process, and 2. I do not wish further legal action.

Please confirm if I have done anything illegal. Please confirm if this threat is just a public comment or if it considered enforcement action.

Thanks.

-Karl

37

## EXHIBIT 9 – TRUSTEE RESPONSE

**From** KARL Jobst <k_jobst@hotmail.com>
**Date** Thu 6/26/2025 12:30 PM
**To** Luke Rose <Luke.Rose@svp.com.au>
**Cc** Jeeho Lee <Jeeho.Lee@svp.com.au>; Terry Rose <Terry.Rose@svp.com.au>

Hi Luke,

Thank you for your response.

I apologise if my repeated contacts are a nuisance. You can imagine this kind of post is extremely stressful to see.

-Karl

---

**From:** Luke Rose <Luke.Rose@svp.com.au>
**Sent:** Thursday, June 26, 2025 12:22 PM
**To:** KARL Jobst <k_jobst@hotmail.com>
**Cc:** Jeeho Lee <Jeeho.Lee@svp.com.au>; Terry Rose <Terry.Rose@svp.com.au>
**Subject:** RE: Karl Jobst Bankrupt Estate

Dear Karl,

Thank you for your email.

We acknowledge your concerns regarding this post.

Please note, the duties of a Trustee in Bankruptcy include investigating and reporting alleged misconduct, as identified. We are not aware of the "serious illegal activity" referenced by Mr Mitchell, nor the grounds in which he would commence proceedings.

We are in contact with Mr Mitchell's solicitors in respect of his allegations so they may be dealt with appropriately in the bankrupt estate.

Should you feel aggrieved due to the conduct of Mr Mitchell, you may wish to raise the matter with the Australian Financial Security Authority (AFSA) or seek independent legal advice.

Should you have any questions or concerns, please do not hesitate to contact me.

Kind regards,

**Luke Rose**
Accountant



**D:** 07 3310 2042   **P:** 07 3310 2000   **F:** 07 3229 7285
Luke.Rose@svp.com.au
svpartners.com.au
22 Market Street Brisbane QLD 4000

38

## EXHIBIT 10 – TRUSTEE LETTER TO MITCHELL

26 June 2025



insolvency
turnaround
forensics
advisory

Dear Sir,

**THE BANKRUPT ESTATE OF KARL DAVID JOBST**
**ADMINISTRATION NUMBER: QLD 652/2025/0**
**YOUR REF: FJ:20240597**

We refer to our appointment as joint and several trustees of the Bankrupt Estate on 9 May 2025, and our previous correspondence with respect to same.

We also refer to your client's below post:



**Billy Mitchell** ✅
@BillyPacMan

Karl Jobst has engaged in serious illegal activity before and during this bankruptcy process. I may take him back to court.

10:11 PM · Jun 24, 2025 · **37.8K** Views

As previously noted, we invite your client to provide any information and/or documentation pertaining to the Bankrupt's affairs, including any alleged misconduct. In light of the above, we kindly request your client elaborate on his assertions and provide any substantiating evidence as to assist our investigations.

We have been receptive of the information and concerns raised by your client previously, and have taken, and continue to take, appropriate steps to investigate these matters diligently. Should you have any queries or require further information, please contact Luke Rose of this office on 07 3310 2042 or luke.rose@svp.com.au.

Yours faithfully

**DAVID MICHAEL STIMPSON**
**ANNE MEAGHER**
**JOINT AND SEVERAL TRUSTEES**

SV Partners Insolvency (QLD) Pty Ltd ABN 85 123 284 177
22 Market Street, Brisbane Qld 4000   GPO Box 5300, Brisbane Qld 4001
**t 07 3310 2000 f 07 3229 7285 e** brisbane@svp.com.au **svpartners.com.au**
Liability limited by a scheme approved under Professional Standards Legislation.
**RESPECT   SERVICE   TEAMWORK**

39

## EXHIBIT 11 – TRUSTEE EMAIL

---

**RE: Karl Jobst Bankrupt Estate**

---

**From** Jeeho Lee <Jeeho.Lee@svp.com.au>

**Date** Tue 2/3/2026 9:19 AM

**To** KARL Jobst <k_jobst@hotmail.com>

**Cc** Aaron Willis <Aaron.Willis@svp.com.au>; Terry Rose <Terry.Rose@svp.com.au>

📎 1 attachment (902 KB)

RE: Karl Jobst Bankrupt Estate;

Good morning Karl,

Further to your email and our discussion on same, please be advised the only relevant correspondence issued to the Petitioning Creditor's solicitor was the previously provided correspondence in the attached.

I am not aware of a response received for same.

Further to the above, after your concerns raised on your email of 15 December 2025, I did have a brief phone call with the solicitor raising the further comments made by their client and requesting again that information on any misconduct be provided however no response was given.

Apologies for the delay in my response.

If you would like to discuss further, please advise a suitable time tomorrow afternoon after 2PM.

Kind regards

**Jeeho Lee**
Supervisor



**D:** 07 3310 2062   **P:** 07 3310 2000
Jeeho.Lee@svp.com.au
svpartners.com.au
22 Market Street Brisbane QLD 4000

  

40

## EXHIBIT 13 – AUGUST 11 VIDEO



41

**EXHIBIT 14 – AUGUST 12 X POST**

 **Billy Mitchell** ✓
@BillyPacMan                                                                    ...

I LIED FOR FOUR YEARS, SCAMMED $200,000, WENT BANKRUPT, AND LOST EVERY SHRED OF CREDIBILITY TO MY NAME BUT AT LEAST I'M PROBABLY TOO MUCH OF A LAZY, BROKE, AND UNETHICAL SCUMBAG TO EVER FULLY PAY KING BILLY'S $1,000,000 AHHHHHHH I WIN!



👤 Karl Jobst

5:48 am · 12 Aug 2025 · **59.1K** Views

💬 102          �recycle 99          ♡ 1.6K          🔖 75          ⬆️

42

## EXHIBIT 15 – DECEMBER 4 LIVESTREAM









**EXHIBIT 16 – JUNE 3 VIDEO**







45

46



## EXHIBIT 17 – EMAIL TO LAWYER RE: GOFUNDME VIDEO

Billy Mitchell video script

**KJ**  KARL Jobst

↩ Reply   ↩ Reply all   → Forward

To:  Paris Galea

Thu 10/27/2022 1:13 PM

Hi Paris,

Here is the script for my upcoming video. https://docs.google.com/document/d/1JCCct-iyPC3xKviP6xPU96T8QuEZjBOIwgfTu1qvRNg/edit

Thanks.

-Karl

47

## EXHIBIT 18 – LAWYER RESPONSE RE: GOFUNDME VIDEO



RE: Billy Mitchell video script

Paris Galea<pgalea@millsoakley.com.au>

To: You

Cc: Samuel Barber

Fri 10/28/2022 2:19 PM

Untitled document.docx
17 KB

Hi Karl,

Thanks for circulating the draft script. I have highlighted what words I am concerned with.

Sam has also had an opportunity to review the script and has relayed to me that he is concerned any statements that are clearly inaccurate (such as Billy having 0% chance of winning).

Naturally, our preference is that you change these words in order to mitigate the chance of you receiving a further concerns notice.

I'm still in court and will be for the rest of the afternoon, so won't be able to speak with you, in the event you would like to discuss.

Kind regards,

Paris Galea | Senior Associate | Commercial Disputes & Insolvency

MILLS OAKLEY

48

## EXHIBIT 19 – 2022 GOFUNDME DESCRIPTION

Hello you Absolute Legends,

My name is Karl Jobst and I'm a youtuber who often reports on video game cheaters. Last year, Billy Mitchell, star of The King of Kong and proven video game cheater, sued me for defamation claiming damages of $450,000. In the past year alone, this lawsuit has cost almost $200,000 to defend, and will cost at least another $100,000 before it's over.

The situation is already crazy, but has since gotten much worse as Billy Mitchell has sent me another defamation lawsuit for another $450,000. So that would mean I will need to defend two lawsuits at the same time, both being extremely expensive. But then it gets even worse because Billy is threatening me with even more lawsuits.

These lawsuits are unhinged and it is highly likely Billy will ultimately lose, but until we go to trial it requires a lot of money to deal with. I would appreciate any help that you are able to provide, as this affects not only me but my family as well. Obviously it's bad enough to attack me when I've done nothing wrong, but to injure them as well takes things to another level.

Naturally, the more money I am able to raise, the better my legal defence will be. That's just the way it works. If and when I defeat Mitchell in court, he will likely have to pay back a lot of the costs that I incurred. I will use that money to host a grand gaming tournament in his honour.

I appreciate all of the support!

-Karl

## EXHIBIT 20 – EMAIL RE: DRAFT COMPLAINT



miller bou-samra lawyers

### EMAIL TRANSMISSION

| | | | |
|---|---|---|---|
| **To:** | Mills Oakley | **From:** | Robert Miller |
| **Attn:** | Samuel Barber / Paris Galea | **Our Ref:** | RJM:KC:220071 |
| **Email:** | pgalea@millsoakley.com.au | **Your Ref:** | PEGB/SVBB/9276640 |
| | sbarber@millsoakley.com.au | | |
| **Date:** | 10 May 2022 | | |

**Without Prejudice – Save as to Costs**

**MITCHELL v JOBST**
**PUBLICATION OF 10 APRIL 2022 ENTITLED** *DISGRACED GAMER BILLY MITCHELL ACCUSED OF EXTORTION*

We refer to our correspondence of 20 April 2022 which attached a concerns notice sent to your client in respect to his publication entitled *Disgraced Gamer Billy Mitchell Accused of Extortion*.

We are attaching a draft statement of claim which we have instructions to file at the expiration of the 28 day period following the concerns notice in the event that an offer to make amends in acceptable terms is not received within that period.

Yours faithfully
**Miller Bou-Samra Lawyers**

Robert Miller
Telephone: 07 4030 1444
Email: robmiller@mbslawyers.com.au

50

## EXHIBIT 21 – DRAFT COMPLAINT

**DISTRICT COURT OF QUEENSLAND**

REGISTRY:   CAIRNS
NUMBER:

Plaintiff:                    **WILLIAM JAMES MITCHELL**

AND

Defendant:                **KARL JOBST**

Filed in the Cairns registry on

**STATEMENT OF CLAIM**

This claim in this proceeding is made in reliance on the following facts –

1        The plaintiff is and was at relevant times:

a)        a natural person residing in Weston, Florida in the United States of America;

b)        well known in Queensland, Australia and elsewhere as a competitive videogame player;

c)        recognised by the Guinness Book of World Records as having achieved certain videogame records.

2        The defendant is and was at all relevant times:

a)        a natural person residing in Brisbane in the State of Queensland; and

b)        the publisher on the digital platform YouTube of videos which he makes available for publication throughout Queensland and the other states and territories of Australia on the worldwide web;

c)        the publisher of the video entitled *Game Over – Disgraced Gamer Billy Mitchell Accused of Extortion.*

**Publication**

3        On or about 10 April 2022 and continuing thereafter the defendant published of and concerning the plaintiff a video entitled *Game Over – Disgraced Gamer Billy Mitchell Accused of Extortion* containing the following:

51

The plaintiff claims the following relief –

1        Damages for defamation of $400,000.

2        Aggravated damages of $50,000.

3        Interest thereon pursuant to section 58 of the Civil Proceeding Act 2001.

4        An injunction, including a mandatory injunction.

5        Costs.


Signed:
Description:  Solicitor for the Plaintiff

**EXHIBIT 22 – CONCERNS NOTICE**



miller bou-samra lawyers

---

**EMAIL TRANSMISSION**

| | | | |
|---|---|---|---|
| **To:** | Mr Karl Jobst | **From:** | Robert Miller |
| **Email:** | k_jobst@hotmail.com.au | **Our Ref:** | RJM:KC:220082 |
| **Date:** | 10 May 2022 | | |

---

**OUR CLIENT: WILLIAM MITCHELL**
**KARL JOBST - YOUTUBE PUBLICATION ENTITLED "I CHEATED IN A SPEEDRUN AND I NEED TO COME CLEAN"**

We act for William (Billy) Mitchell.

This is a concerns notice for the purposes of section 14 Defamation Act Qld 2005.

**Background**

On 13 September 2021 our client commenced a claim against you for defamation damages in respect to the publication of a video on the digital platform YouTube on or about 26 May 2021.

On 10 April 2022 you posted on the web a video entitled *Disgraced Gamer Billy Mitchell Accused of Extortion* which is the subject of a concerns notice sent to you on 20 April 2022.

**Further Publication**

On 7 May 2022 you posted on the web a further video entitled *I Cheated in a Speed Run and I need to Come Clean* which read relevantly as follows:

> *I needed to harness the power of the greatest gamer that ever lived.*
>
> *You're familiar with Billy Mitchell, world video game champion. He could probably do it. So I gotta find a way to harness his power and I think I found a way.*
>
> *That's right we are going to cheat.*

("the words").

53

**Identification**

Mr Mitchell was identified in the publication by his name.

**The Imputations**

The words in their ordinary and natural meaning meant and were understood to mean that:

1       Billy Mitchell is a person who defrauds, deceives or tricks other people and is a swindler;
2       Billy Mitchell is guilty of fraudulently hoodwinking so as to obtain unfair advantage when competing in video games.

The words and the imputations are untrue and are grossly defamatory.

**Extent of the Publication**

The video has been viewed by a substantial number of people and an extensive number of comments have been posted on your Youtube page.

**Serious Harm**

Section 10A of the Defamation Act at the time of your publication requires Mr Mitchell to establish that your publication has caused, or is likely to cause, serious harm to his reputation. By reason of the combination of the inherent tendency of the imputations and their actual impact on the substantial number of people to whom they were communicated the serious harm element of the cause of action is made out.

As you know, you are entitled to offer to make amends in accordance with the provisions of the Defamation Act 2005 (Qld).

Yours faithfully
**Miller Bou-Samra Lawyers**

Robert Miller
Telephone: 07 4030 1444
Email: robmiller@mbslawyers.com.au

54

## EXHIBIT 23 – TRUST STATEMENTS

| Account Ref: | 9276640 |
|---|---|
| Partner: | SVBB |
| Controller: | SVBB |
| Solicitor: | PEGB |



Mills Oakley
ABN: 51 493 069 734

Level 6,
530 Collins Street, Melbourne, VIC, 3000

Ph: (03) 9605 0818
Fax: (03) 9605 0933
accounts@millsoakley.com.au
www.millsoakley.com.au

Karl Jobst

### TRUST STATEMENT
**For the period 01/07/2021 to 30/06/2022**

**Dispute with William James Mitchell**

| Date | Ref | Payer/Payee/Details | Debit | Credit | Balance |
|---|---|---|---|---|---|

| $101,642.22 | $101,642.22 | $0.00 |
|---|---|---|
| **Balance of Trust Account** | | **$0.00** |

| Account Ref: | 9276640 |
|---|---|
| Partner: | SVBB |
| Controller: | SVBB |
| Solicitor: | PEGB |

**MILLS OAKLEY**

Mills Oakley
ABN: 51 493 069 734

Level 6,
530 Collins Street, Melbourne, VIC, 3000

Ph: (03) 9605 0818
Fax: (03) 9605 0933
accounts@millsoakley.com.au
www.millsoakley.com.au

Karl Jobst

### TRUST STATEMENT
**For the period 01/07/2022 to 30/06/2023**

| $149,259.06 | $149,259.06 | $0.00 |
|---|---|---|
| **Balance of Trust Account** | | **$0.00** |

55

Account Ref:    **9276640**
Partner:        **SVBB**
Controller:     **SVBB**
Solicitor:      **NXNB**



Mills Oakley
ABN: 51 493 069 734

Level 6,
530 Collins Street, Melbourne, VIC, 3000

Ph: (03) 9605 0818
Fax: (03) 9605 0933
accounts@millsoakley.com.au
www.millsoakley.com.au

Karl Jobst

## TRUST STATEMENT
### For the period 01/07/2023 to 30/06/2024

| | | |
|---|---|---|
| $192,601.85 | $192,601.85 | $0.00 |
| **Balance of Trust Account** | | **$0.00** |

Account Ref:    **9276640**
Partner:        **SVBB**
Controller:     **SVBB**
Solicitor:      **NXNB**

Mills Oakley
ABN: 51 493 069 734

Level 6,
530 Collins Street, Melbourne, VIC, 3000

Ph: (03) 9605 0818
Fax: (03) 9605 0933
accounts@millsoakley.com.au
www.millsoakley.com.au

Karl Jobst

## TRUST STATEMENT
### For the period 01/04/2024 to 30/06/2025

| | | |
|---|---|---|
| $311,389.14 | $311,389.14 | $0.00 |
| **Balance of Trust Account** | | **$0.00** |

56

<u>**EXHIBIT 24 – DECISION RE: SECURITY FOR COSTS**</u>

# DISTRICT COURT OF QUEENSLAND

| | |
|---|---|
| CITATION: | *Mitchell v Jobst* [2022] QDC 218 |
| PARTIES: | **WILLIAM JAMES MITCHELL** <br> (plaintiff/respondent) <br><br> **v** <br><br> **KARL JOBST** <br> (defendant/applicant) |
| FILE NO: | 136/21 |
| DIVISION: | Civil |
| PROCEEDING: | Claim/Application |
| ORIGINATING COURT: | Cairns |
| DELIVERED ON: | 19 August 2022 |
| DELIVERED AT: | Cairns |
| HEARING DATE: | 28 July 2022 |
| JUDGE: | Morzone QC DCJ |
| ORDER: | 1. **The plaintiff will further provide security for the defendant's costs of the proceeding in the amount of $15,000.** <br><br> 2. **The plaintiff give the further security by way of deposit into the plaintiff's solicitor's trust account for that purpose on condition that the amount is to remain in their trust account and is only to be released by order of the Court or by the written consent of the parties.** <br><br> 3. **Unless either party applies for, or the parties otherwise agree on, a different costs order, within 14 days of this judgment - the plaintiff will pay the defendant's costs of the application to be assessed on the standard basis.** |

57

**EXHIBIT 25– EMAIL FROM MITCHELL RE: GOFUNDME**



miller bou-samra lawyers

---

### EMAIL TRANSMISSION

| | | | |
|---|---|---|---|
| **To:** | Mills Oakley | **From:** | Robert Miller |
| **Attn:** | Samuel Barber / Paris Galea | **Our Ref:** | RJM:KC:200097 |
| **Email:** | sbarber@millsoakley.com.au | **Your Ref:** | PEGB/SVBB/9276640 |
| | pgalea@millsoakley.com.au | | |
| **Date:** | 7 November 2022 | | |

---

**MITCHELL v JOBST**
**CAIRNS DISTRICT COURT CLAIM NO 136/21**

We attach :

1       three screenshots of material apparently published by your client in respect to fundraising; and

2       three anonymous emails sent to this firm on 6 November 2022.

Would you kindly obtain instructions from your client and advise:

A.   why your client is apparently crowdfunding upon the basis that our client has instituted a second defamation claim against him; and

B.   whether your client has any knowledge of the person or persons who emailed this firm yesterday.

Kindly respond by no later than the close of business on Wednesday 9 November 2022.

Yours faithfully
**Miller Bou-Samra Lawyers**

Robert Miller
Telephone: 07 4030 1444
Email: robmiller@mbslawyers.com.au

58

## EXHIBIT 26 – RESPONSE TO MITCHELL RE: GOFUNDME

 **MILLS OAKLEY**

9 November 2022

**Mills Oakley**
ABN: 51 493 069 734

Your ref:
Our ref: PEGB/SVBB/9276640

Attention: Rob Miller
Miller Bou-Samra Lawyers
Suite 55-57, Level 1, 2-32 Lake Street
CAIRNS QLD 4870

All correspondence to:
PO Box 12608
George Street
BRISBANE QLD 4003
**DX 40160 Brisbane Uptown**

**By email**: robmiller@mbslawyers.com.au

**Contact**
Paris Galea +61 7 3228 0463
Email: pgalea@millsoakley.com.au
Fax: +61 7 3012 8777

**Partner**
Sam Barber +61 7 3228 0477
Email: sbarber@millsoakley.com.au

Dear Colleagues,

**William James Mitchell v Karl Jobst**

We refer to your correspondence of 7 November 2022.

With respect, your correspondence clearly misunderstands the basis of our client's recent publication and misstates the words used by him. Our client does not say a second defamation proceeding has been commenced, rather that proceedings were sent to him. That is a factual statement having regard to your correspondence of 10 May 2022. At no point in time has your client withdrawn the threat of commencing the proceeding foreshadowed in your correspondence of 10 May 2022.

In answer to your second query, no, our client does not have any knowledge about the person or persons who emailed your firm. Our client has instructed us that he would never, nor has he, encouraged that type of behaviour.

Yours faithfully

**SAMUEL BARBER**
**PARTNER**

## EXHIBIT 27 – AUGUST 20, 2023 VIDEO



Mr Mitchell was identified in the publication by his name.

**The Imputations**

The words in the ordinary and natural meaning meant and were understood to mean that:

1.  Billy Mitchell, to help him in his defamation claim against Twin Galaxies, is prepared to blackmail a witness about whom Mitchell has obtained sensitive and damaging information.

2.  Billy Mitchell has attempted to extort false evidence from a potential witness in Mitchell's defamation claim against Twin Galaxies.

3.  Bill Mitchell is guilty of extortion.

The words and the imputations are disgraceful, untrue and are grossly defamatory of Mr Mitchell.

**Extent of the Publication**

60

**EXHIBIT 28 – AUGUST 27 LIVESTREAM**





**EXHIBIT 29 – NOVEMBER 12 LIVESTREAM**





## EXHIBIT 30 – 2021 GOFUNDME PAGE

. .. ..

ᴋ  **Karl Jobst**

Billy Mitchell, the disgraced Donkey Kong player who was caught cheating and lying multiple times, continues to use the legal system as a weapon against those who speak out against him. This gofundme has been created in order to help his current victims afford legal defences.

Any money raised will be used to support David Race, the best Pac-Man player in the world. Jeremy Young, the person who originally discovered that Mitchell's performances were created on MAME. And Jeff Harrist, the owner of donkeykongforum.com, the current Donkey Kong high score leaderboards. If there are any funds left over they will be used to help Twin Galaxies in their current fight with Mitchell. Funds will be spent entirely on legal fees and lawyer costs.

All supporters will get access to regular video updates from me where I will cover all of the legal updates and delve a bit deeper into each lawsuit. All supporters will receive proof of payment and confirmation of where any money was spent. Money will be sent via bank transfer once the beneficiaries have provided me with a bill from their lawyer.

My name is Karl Jobst. I am speedrunner and gaming journalist from Australia.



**$55,765 raised**
of $50K
1.5K donations

| | | |
|---|---|---|
| **M** | Michael Wright | $100 · 3 yrs |
| **T** | Thomas Brand | $100 · 3 yrs |
| **C** | C G | $50 · 3 yrs |
| 🥰 | Anonymous | $40 · 3 yrs |
| **M** | Michael Hall | $20 · 3 yrs |

**See all**          ☆ **See top**

63

## EXHIBIT 31 – DAVID RACE TESTIMONY



QUEENSLAND
COURTS

# QUEENSLAND COURTS AND TRIBUNALS

# TRANSCRIPT OF PROCEEDINGS

© The State of Queensland (Department of Justice and Attorney-General).  Apart from any use permitted under the Copyright Act 1968 (Cth), all other rights are reserved.  Copyright is not infringed by the reproduction of this transcript for the purposes of a judicial proceeding or a report thereof, pursuant to section 43(1) of the Copyright Act 1968 (Cth). A copy of this transcript may also be provided to a legal practitioner for the purpose of obtaining professional advice, pursuant to section 43(2) of the Copyright Act 1968 (Cth).  For all other uses, you must not copy, modify or distribute this material without the written authority of the Director, Recording and Transcription Services, Queensland Courts.

**DISTRICT COURT OF QUEENSLAND**

**CIVIL JURISDICTION**

**JUDGE BARLOW KC**

**No 1075 of 2024**

| | |
|---|---|
| **WILLIAM JAMES MITCHELL** | **Applicant** |
| **and** | |
| **KARL JOBST** | **Respondent** |

**BRISBANE**

**9.00 AM, FRIDAY, 20 SEPTEMBER 2024**

**Continued from 19.9.24**

**DAY 5**

Okay. Thank you. You can hand that document back, thank you. I'll move on. Could the witness be shown this document, please. Are you familiar with this document, Mr Race?---This – uh – appears to be a GoFundMe – uh – that – uh – was started by Karl Jobst, I believe.

Right. And that GoFundMe that Mr Jobst started was to raise funds for your defence of Mr Mitchell's claim, wasn't it?---The – uh – Mr – I'm sorry, read – say that again?

Sorry. The GoFundMe was set up to raise – by Mr Jobst – to raise funds to support your defence of Mr Mitchell's claim brought against you - - -

HIS HONOUR:   Mr Somers, that's asking Mr Race to comment on Mr Jobst's motivation - - -

MR SOMERS:   I'll

HIS HONOUR:   - - - in setting up this GoFundMe.

MR SOMERS:   I'll move on then, your Honour.  Are you aware of what this GoFundMe – the amount it raised, Mr Race?---I believe it was something over 50 thousand – or A$55,000.

| XXN: MR SOMERS | 5-62 | WIT: RACE D W |
| --- | --- | --- |

20092024/BSD38/Barlow DCJ

Okay. If we go to page 3. You'll see – you'll have to zoom in, just above the share tab there. That amount, 55 – can you read that amount, Mr Race, A$55,765 raised?---Yes, I see that.

Is that around the amount you understand was raised from this GoFundMe?---It was probably close to that, yes.

Okay. Thank you. And was all of that money – that 55 thousand-odd dollars – was that provided to you in defence of your claim of – from Mr Mitchell?---I would say probably most of it was. The – the initial – at least, in my perspective – or my understanding is that this GoFundMe was set up to help victims – not just me – but it ends up that Jeremy Young and Jeff Harrist, they were never served. And so – uh – my understanding is that – uh – most of that money – uh – if not close to all of it was – uh – sent to help me in the defence against Mitchell's base – Mr Mitchell's baseless case against me.

65

**EXHIBIT 32 – MARKUS PERSSON X POST RE: LEGAL FEES**



## EXHIBIT 33 – X MESSAGES BETWEEN JOBST AND PERSSON



notch

Hey dude, hope you're well. I needed to ask, were you serious when you offered to help me in my fight against Billy Mitchell?                    3:32 PM

Yes

Would you mind if my assistant talked to you directly, so we could get some organization going? If so, email? Something else?

It's really not just to mess with him, it is just that the best defense ends up being harder for him. My strategy does ultimately change though if I dont have your support because I dont have the money to do everything I could.

That's why I wanted to run things by you because with your help I can do what I think is best and get the best defense.

Totally fine talking to your assistant or doing whatever you like

I have a meeting with my lawyer tomorrow to respond to Billy's threat                    10:57 PM

Got it. Hm this might get complicated.

If I involve my lawyers to check things, which makes sense, they're probably going to start looking into the case. If nothing else, just to make sure my money's getting used right.

ok i'll get you connected right away then, at least then someone more organzed than me is in the loop

67



Im pretty savvy about it dude. I am completely open to giving you whatever you need. And just knowing I have your support you can trust me to do the right thing.                                    11:00 PM

Sounds good :)   11:00 PM

Either you can put your trust in me and I can just update you. Or if you like I can fill in your or your lawyer about what I do before I do it          11:02 PM

I'll see what my people recommend, but instinctively, I feel like providing passive support and letting you use your savvy will both have the best impact, and be less of a long term drag on me
11:04 PM

Yeah I dont want to take up your time lol. You have more important things to spend your energy. When my lawyer responds I will send you everything here
11:05 PM

notch                                              ...

Hey man, just letting you know that I have been officially sued by Billy Mitchell. I wanted to have a chat with you about what you would like to do. I know you made an offer to help but I don't want to put any pressure on you or force you to go through with that. I can do a gofundme to try to cover the costs. Did you want me to launch that?          3:14 PM

Hi! Sorry to hear that, and yes I intend to follow through.

i don't have a lot of experience doing this, so I don't know what way is the easiest          10:21 AM

I suppose a gofundme could work! I could talk to my people and see what they think, but nobody there really has any experience with this specific situation either :)          10:22 AM

The gofundme was just for your sake if you didnt want to cover the costs. It depends if you want the positive press or not for helping hehe. People would know about it          10:22 AM

68

## EXHIBIT 34 – EMAILS TO PERESSON'S MANAGER

Den lör 12 juni 2021 kl 06:43 skrev KARL Jobst <k_jobst@hotmail.com>:
Hi Lisa,

Thank you so much for reaching out. Hope you are well.

Billy's lawyer has made contact with me and my lawyer is currently drafting a formal response. Once I have responded I will provide you with all of the papers including Billy's original notice, my response, and any relevant invoices.

When I spoke with Notch he seemed to believe I was responsible enough to make reasonable decisions in relation to my defense, but please let me know if you would like any oversight before any decisions are made. Otherwise if you would like to remain hands off I can just provide you with any bills from my lawyer.

I really appreciate the help!

-Karl

---

**From:** Lisa Prick <lisaprick.rb@gmail.com>
**Sent:** Friday, June 11, 2021 7:56 PM
**To:** k_jobst@hotmail.com <k_jobst@hotmail.com>
**Cc:** jorgen.berglund@evanderlaw.se <jorgen.berglund@evanderlaw.se>
**Subject:** Notch

Hi Karl,

My name is Lisa and I work as an assistant to Markus Persson (Notch), he told me about you and how you're being sued by Billy Mitchell. He told me he wants to help you and pay all of your legal costs.

So, I'm wondering, have Billy's lawyers contacted you yet and what is the status of this matter?
Please let us know how to help.


Best regards,
Lisa

--
Lisa Prick
**Notch's PA**
Rubberbrain

69

sön 11 juli 2021 kl. 12:28 skrev KARL Jobst <k_jobst@hotmail.com>:

Hi Lisa,

Hope you are doing well. Please find attached Billy's original notice, my response, Billy's response, my lawyer's cost agreement, and an invoice. The invoice total was $3712.50 AUD. I have asked my lawyer to not respond to Billy's most recent letter.

Please let me know if there is anything you need. I have paid the invoice already, so if the offer still stands to help with the payments I can take them directly. I have a USD account located in the US if that's easiest.

Thanks for your time.

-Karl

---

**From:** Lisa Prick <lisaprick.rb@gmail.com>
**Sent:** Tuesday, June 15, 2021 9:43 PM
**To:** KARL Jobst <k_jobst@hotmail.com>
**Subject:** Re: Notch

Hi again,

As Notch said you can make your own decisions together with your lawyer regarding this and how you would like to proceed, however I would appreciate it if you would send the things you mentioned above(all of the papers including Billy's original notice, your response, and any relevant invoices) as well as other documentation that might come up. Just so that we know what we are financing and for us to know how the case is proceeding.

Feel free to send me an email if you have any questions.


**From:** Lisa Prick <lisaprick.rb@gmail.com>
**Sent:** Thursday, July 29, 2021 7:09 PM
**To:** KARL Jobst <k_jobst@hotmail.com>
**Subject:** Re: Notch

Hi again,

Both me and our lawyer have looked through all the documents you sent and everything looks good.
I think we would actually prefer to pay it to an Australian account if you don't mind?
If that works for you, please send me your bank details and I'll make sure you'll get your money as promised :)

Best,

70

**From:** Lisa Prick <lisaprick.rb@gmail.com>
**Sent:** Thursday, October 7, 2021 7:04 PM
**To:** KARL Jobst <k_jobst@hotmail.com>
**Subject:** Re: Notch

Hi Karl,

Sorry to hear that Billy hasn't given up yet, but I talked to Markus and he's happy to continue helping you with this.

I think it would be a good idea for us to pay directly to your Lawyer instead, then it will be easier for us to declare where the money is going to.
What's the easiest, that you send us the invoices and we'll pay them? Have you already paid the invoice that's attached in this email?

.live.com/mail/0/id/AAkALgAAAAAHYQDEapmEc2byACqAC%2FEWg0A21Je7mpWdUmt9G7ZAU4kKgAE6Gx7SAAA          2/7

M                                         Mail - KARL Jobst - Outlook

I'll just ask our lawyer to take a quick look at this and then I'm happy to help you with the payment.

Best,

Den mån 4 okt. 2021 kl 01:20 skrev KARL Jobst <k_jobst@hotmail.com>:
Hi Lisa,

I hope you have been well.

Please find attached a new invoice.

Unfortunately Billy Mitchell has lodged an official complaint in the District court of QLD and wants to take this issue to trial. I am currently working with my lawyers in drafting my defence. I have attached all relevant new documents.

Given that this issue will be extending longer than I anticipated I am also organizing some other funding to help with this. At the moment help from Notch is truly appreciated but I don't expect or want him to pay for everything.

Let me know if you need anything. Also please let me know if you'd prefer to pay directly to my lawyer's account instead of to me.

Please pass on my gratitude to Notch.

-Karl

**EXHIBIT 35 – PERSSON X POST SUPPORTING JOBST**



**EXHIBIT 37 – OCTOBER 29 LIVESTREAM**



**EXHIBIT 38 – USE OF IMAGE FOR PROMOTION**



74





## EXHIBIT 39 – USE OF NAME FOR PROMOTION



**Billy Mitchell** @ BillyPac... · May 10, 2025

Ladies and Gentlemen,

Introducing Rickey's World Famous DRAGON SAUCE. Hand-signed by the Australian two-time himself, King Billy, only 256 bottles of this sauce are available.

rickeysauce.com discount codes "JOBST" "KARL LOST" or "KARL **LOBST**" for 10% off!



**Karl Jobst**

The recent Jirard video is unfortunately full of lies again. My next video will be a response. After experiencing my own public backlash I sympathize with what he went through. It truly isn't pleasant. His persistent dishonesty is really baffling though.

**Billy Mitchell**

Remember:                    discount code "KARL LOST" for 10% off

77

## EXHIBIT 40 – USE OF STATEMENTS

**Billy Mitchell**

Karl Jobst is now threatening takedowns of YouTubers that publish videos about him.

FLASH SALE:                    discount **code** "CRY BABY" for 15% off! Expires Monday at 11:59PM EST!

I will report him to YT

I will speak with my YT partner

**Billy Mitchell**

"King Billy is harassing me by tweeting my own Discord messages. I am soy and cannot withstand the curated flavor and heat of his hot sauce at with discount **code** 'KARL LOST'"

In Australia, it's against the law for creditors or debt collectors to harass or intimidate debtors, including online platforms like Twitter. If you are experiencing this, you can report the behavior to the ACCC (Australian Competition and Consumer Commission), AFSA (Australian Financial Security Authority), or the Australian Financial Complaints Authority (AFCA).

**Billy Mitchell**

"In a future video, I will detail the gravity of my own destruction."

, would you also like the Rickey's World Famous Sauce analytics for your self-humiliation?                    discount **code** "BANKRUPT"

I wouldn't otherwise make it public but I assume people are lying and saying he covered it all and I just spent the gofundme money on my self or something

so in a future video I'll list out how much im out of pocket

**EXHIBIT 41 – SALE OF LIKENESS**







**Billy Mitchell**

"Karl Lobst congratulates Billy Mitchell on his new Donkey Kong world record." ~ circa 2007 (colorized)

**LIMITED: Signed Billy Mitchell Red Joystick Headshot**

$19.99 USD

ADD TO CART

rickeyssauce.com

**Billy Mitchell**

Officially sold out. May return by popular demand though.

Very poetic to sell out exactly year after the judgement 👍

**Billy Mitchell**

"Karl Lobst congratulates Billy Mitchell on his new Donkey Kong world record." ~ circa 2007 (colorized)



**LIMITED: Signed Billy Mitchell Red Joystick Headshot**

$19.99 USD

ADD TO CART

rickeyssauce.com

**EXHIBIT 42 – MONETISATION EXAMPLES**









**Billy Mitchell**
Dear YouTubers,

You want nothing to do with suing someone. Don't think that it's a good idea because King Billy won. You're not King Billy.

Karl Jobst expressed excitement at the idea of a lawsuit until he broke down in tears in the witness box.



**Billy Mitchell**
discount code "KARL LOBST" for 10% off!



**Billy Mitchell**
The lawsuits will continue until morale improves.



sorry it's kind of painful so I won't watch the judge's vid



that's why I'm asking instead of just watching it



**Billy Mitchell**
discount code "KARL LOST" for 10% off!







84





**EXHIBIT 43 – MITCHELL REPOST RE: ATTACKING INCOME**

**Legal Mindset**

Doing some research with an Australian lawyer colleague on Jobst v. Mitchell, we still need to collect more information but at this point it seems that while Jobst may not have violated Australian law in some ways, there is a HUGE opening that                may be able to attack that could cripple Jobst's future income

**EXHIBIT 44 – COMMENTS DURING AUGUST 27 LIVESTREAM**





87

## EXHIBIT 45 – MITCHELL STATEMENTS RE: EQUITY





89



**Billy Mitchell**

Thanks                         . Just landed in South Korea today and enjoyed this Michelin starred meal. Can`t wait to blow your money on fine dining experiences.

**Billy Mitchell**

"Karl Lobst congratulates Billy Mitchell on his new Donkey Kong world record." ~ circa 2007 (colorized)

LIMITED: Signed Billy Mitchell Red Joystick Headshot

$19.99 USD

ADD TO CART

rickeyssauce.com

90



91

**EXHIBIT 46 – PUBLIC HUMILIATION AND DEGRADING STATEMENTS**





**Billy Mitchell** ·  · BillyPacMan · May 8, 2025

Karl "Virgin at 30" **Jobst** vs. Billy "Gigachad" Mitchell

**Billy Mitchell**

Karl Dwarfst, who is a 5'7" porn **addict**, has responded to my video by claiming that he is 5'9".

Even in his "intro" post in his Discord on October 14, 2017, he exaggerates that he is 5'8.5" and today needs to round up that last half inch!

ıds on objects to mak

no: moonlight sonata 3rd mov, guitar: virtu
/ bad juggling, flexible, handstand, start b
ng self development community of driven

subs, earning $500k+p.a from YT, TWITCH

piano/guitar, fitness model tier body, worl
or of best selling book (self dev, non fiction

93

**EXHIBIT 47– VIOLENT IMAGERY AND INTIMIDATION**





**Billy Mitchell** · Jul 27

No, **Karl** Jobst cannot keep the leftovers. He can eat from his trough.

> **Billy Mitchell** · Jul 26
>
> Thanks @karljobstgaming. Just landed in South Korea today and enjoyed this Michelin starred meal. Can't wait to blow your money on fine dining experiences.



**Billy Mitchell**
Karl Jobst's new video was a huge **mistake**.

95

 **Billy Mitchell** ✔
@BillyPacMan

Karl Jobst complained about one of my tweets to the bankruptcy officer. Imagine publicly attacking someone for four years just to privately whine like a cry baby.

Jobst is a serious contender for Lolcow of the year. Even iDubbbz wouldn't have done this.



9:51 PM · Jun 29, 2025 · **5,259** Views

💬 25          🔁 22          ♡ 370          🔖 16          ⬆



97