# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

KARL JOBST,

                     Plaintiff,

        v.

WILLIAM JAMES MITCHELL,

                     Defendant.

Case No. 0:26-cv-60997-DSW

FILED BY _CWL_ D.C.

APR 2 4 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## SUPPLEMENT TO MOTION FOR LEAVE TO USE CM/ECF

On April 9, 2026, Plaintiff filed a Motion for Leave to Use CM/ECF. Plaintiff respectfully submits this supplement to provide additional information in support of that motion.

Plaintiff resides in Australia and is unable to physically access the courthouse. As a result, Plaintiff must rely on international mailing to submit filings. According to Australia Post, estimated delivery times for registered letters to the United States is 15+ business days[1]. Even if Plaintiff were to use international express service for all filings, not only would be this still not fix the issue of delayed filings, with estimated delivery times still being up to 6 days, but it would lead rise to a further barrier.

Due to Plaintiff's financial circumstances, including bankruptcy, the cost of expedited international shipping imposes a substantial burden and cannot be consistently incurred. Without expedited service, delivery times exceed typical court deadlines.

Even when expedited service is used, Plaintiff must complete and dispatch filings many days in advance to ensure timely receipt. For deadlines as short as seven days, this

---

[1] Australia Post, International delivery times, auspost.com.au/sending/delivery-speeds-and coverage/international-delivery-times

requirement effectively reduces Plaintiff's available drafting time to approximately one day, materially impairing Plaintiff's ability to prepare and submit filings.

Courts deny requests for CM/ECF access where a pro se litigant fails to demonstrate sufficient cause or extenuating circumstances justifying departure from standard filing procedures. See *Huminski v. Vermont*, No. 2:13-cv-692-FTM-29, 2014 WL 169848, at *4 (M.D. Fla. Jan. 15, 2014). The Court has recognized that, "[a]t a minimum, this would include both financial and physical barriers that make it extraordinarily difficult to ... deliver papers to the court." *Peters v. Carlin*, No. 2:26-cv-00131-KCD-NPM, ECF No. 18, at 2 (M.D. Fla. Apr. 8, 2026).

Accordingly, Plaintiff faces both significant physical and financial barriers to filing. These combined limitations substantially interfere with Plaintiff's ability to comply with court deadlines and meaningfully participate in this litigation.

Plaintiff has never been a pro se party to a federal case and no misuse has been recorded.

For these reasons, Plaintiff respectfully submits this supplemental information in support of the pending Motion for Leave to Use the Court's CM/ECF system.

Dated: April 17, 2026

Respectfully submitted,

K.Jobst

Karl Jobst

32 Ventura Street

Pallara, QLD, Australia 4110

Karljobstgaming@gmail.com

+61 432 597 334

Pro Se Plaintiff

Carlos Pineiro
1728 SW 14th Terr
Miami, Fl 33145

MIAMI FL 330

22 APR 2026 PM 2 L

$0.74⁰
US POSTAGE
FIRST-CLASS
FROM 33165
04/22/2026
Stamps.com

CLERK OF COURT
U.S. District Court, Southern District of Florida
299 E BROWARD BLVD STE 108
FT LAUDERDALE FL 33301-1922