UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 0:26-cv-60997-DSW

KARL JOBST,

     Plaintiff,

vs.

WILLIAM JAMES MITCHELL,

     Defendant,

_____/

## NOTICE OF APPEARANCE

COMES NOW the law firm of **JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.**, reserving all rights on behalf of Defendant, **WILLIAM JAMES MITCHELL**, and hereby files this Notice of Appearance and Designation of E-Mail Addresses for and on behalf of said Defendant in the above styled cause.

It is requested that all future pleadings, notices and papers filed in this action be served upon **MICHELE T. MITCHELL, ESQ.**

It is requested that Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, PA be added to the Certificate of Service list effective immediately.

## DESIGNATION OF E-MAIL ADDRESSES

The undersigned hereby designates the following e-mail addresses for the purpose of service of all documents requested to be served in this proceeding:

E-Service/Primary E-mail address: mtmitchell@jambg.com

E-Service/Secondary E-mail addresses: cintron@jambg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

*/s/ Christopher J. Stearns*
Christopher J. Stearns
FLA. BAR NO. 557870
*/s/ Michele T. Mitchell*
Michele T. Mitchell
FLA. BAR NO. 1048843
***Counsel for Defendant***
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100 – Phone

**Primary Service:** stearns@jambg.com
mtmitchell@jambg.com
**Secondary Service:** young@jambg.com
cintron@jambg.com
nunez@jambg.com

## SERVICE LIST

**KARL JOBST**
**Pro Se Plaintiff**
32 Ventura Street
Pallara, QLD, Australia 4110
Phone : +61 432 597 334
karljobstgaming@gmail.com

───────────────────────

Christopher J. Stearns, Esq.
Michele T. Mitchell, Esq.
**Counsel for Defendant**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100 – Phone
stearns@jambg.com
mtmitchell@jambg.com
young@jambg.com
cintron@jambg.com
nunez@jambg.com