**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 26-cv-60997-DSW**

**KARL JOBST,**

    **Plaintiff,**

**v.**

**WILLIAM JAMES MITCHELL,**

    **Defendant.**

_____/

**ORDER REGARDING MAGISTRATE JUDGE JURISDICTION**

**THIS CAUSE** came before the Court *sua sponte*. Upon review of the record, the Court enters the following order concerning its jurisdiction:

1.    Pursuant to the attached Administrative Order 2025-11, this case has been directly assigned to a United States Magistrate Judge for all purposes, including any trial, entering any dispositive orders, and, if appropriate, final judgment.

2.    A United States Magistrate Judge is a federal judge who is qualified to preside over this matter, and who can provide you with a specially set trial date, and any appeal taken by any party would go directly to the Eleventh Circuit Court of Appeals. However, you have the right to opt out of Magistrate Judge jurisdiction without any adverse consequences and have this case reassigned to a United States District Judge.

3.    Therefore, so that the Court is fully informed, the current parties, including all *pro se* parties, are hereby **ORDERED** to complete and file on the docket in this case the attached Consent/Opt Out Form within 14 days of today's date. For any party who has yet to appear in this case, they must complete and file the attached form within 14 days of their appearance in this case.

4.      If you do opt out of this Court's jurisdiction, the case will be reassigned to a District Judge (while keeping the original Magistrate Judge assigned as the paired Magistrate Judge). Upon such reassignment, a United States District Judge will be assigned to preside over this case (including any trial) and enter any dispositive order and final judgment.

5.      Nevertheless, the undersigned judge will remain on the case and will enter any orders on non-dispositive matters and/or report and recommendations on any dispositive matters referred by the District Judge.  Any objection that a party may have to the Magistrate Judge's decisions will be made to the District Judge instead of the Eleventh Circuit Court of Appeals.

6.      The parties shall file their Consent/Opt Out Form **on or before fourteen (14) days from the date this Order was entered on the docket**.  Failure to comply with this Order by failing to complete and timely file the attached form shall be deemed a waiver by you of the opportunity to timely opt out of Magistrate Judge jurisdiction and shall amount to implied consent by you to the continued exercise of Magistrate Judge jurisdiction. In that event, this case shall proceed in full before the undersigned Magistrate Judge for all purposes, including any trial, entering any dispositive order, and, if appropriate, a final judgment.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida on the 26th of May 2026.

**DETRA SHAW-WILDER**
**UNITED STATES MAGISTRATE JUDGE**