Adapted from AO 85

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

Karl Jobst )
_____ )
*Plaintiff* )
*v.* )
William James Mitchell )
_____ )
*Defendant* )    Civil Action No.   0:26-cv-60997-DSW
)
)

FILED BY _____ D.C.

JUN 08 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## CONSENT/NON-CONSENT TO A CIVIL ACTION TO A MAGISTRATE JUDGE

### (CHECK ONLY ONE OPTION BELOW)

_____I consent to have my case assigned to Magistrate Judge Detra Shaw-Wilder, to conduct all proceedings in the case including trial, the entry of final judgment, and all post-trial proceedings, but preserving all rights to appeal to the Eleventh Circuit Court of Appeals.

✓_____I decline consent and exercise my right to opt-out of magistrate judge jurisdiction and seek reassignment of the action to a District Judge as presiding Judge.

| *Printed names of party and attorney* | *Signatures of party or attorney* | *Dates* |
|---|---|---|
| Karl Jobst | K.J. | 5 June 2026 |