Adapted from AO 85

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Karl Jobst | ) | |
| *Plaintiff* | ) | |
| *v.* | ) | |
| William James Mitchell | ) | |
| *Defendant* | ) | Civil Action No. 0:26-cv-60997-DSW |
| | ) | |
| | ) | |

### CONSENT/NON-CONSENT TO A CIVIL ACTION TO A MAGISTRATE JUDGE

### (CHECK ONLY ONE OPTION BELOW)

_____ I consent to have my case assigned to Magistrate Judge Detra Shaw-Wilder, to conduct all proceedings in the case including trial, the entry of final judgment, and all post-trial proceedings, but preserving all rights to appeal to the Eleventh Circuit Court of Appeals.

__X____ I decline consent and exercise my right to opt-out of magistrate judge jurisdiction and seek reassignment of the action to a District Judge as presiding Judge.

| *Printed names of party and attorney* | *Signatures of party or attorney* | *Dates* |
|---|---|---|
| William James Mitchell, Michele T. Mitchell, Esq. | /s/Michele T. Mitchell | 06/08/2026 |
| | | |
| | | |