UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 0:26-cv-60997-DSW

KARL JOBST,

      Plaintiff,

vs.

WILLIAM JAMES MITCHELL,

      Defendant,

_____/

## UNOPPOSED MOTION TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT

Co-counsel for Defendant, William James Mitchell, respectfully moves the Court to substitute Michele T. Mitchell, Esq., for Christopher J. Stearns, Esq., as Defendant's lead counsel in this case.

Christopher J. Stearns, Esq., respectfully requests that this Court allow him to withdraw as Co-counsel for Defendant.

In accordance with Local Rule 11.1(d)(3)(A), Defendant, William James Mitchell, approves the substitution, which is not being done to delay this case. Counsel for Defendant has conferred with Plaintiff who does not oppose this motion.

WHEREFORE, undersigned counsel respectfully requests that this Court grant this motion to withdraw as Co-counsel for Defendant, William James Mitchell.

## CERTIFICATION OF CONFERENCE WITH COUNSEL

Pursuant to Local Rule 7.1(a)(2), the undersigned has conferred with Plaintiff and has been informed by Plaintiff that he does not oppose this motion.

Date: June 9, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of June 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

*/s/ Christopher J. Stearns*
Christopher J. Stearns
FLA. BAR NO. 557870
*/s/ Michele T. Mitchell*
Michele T. Mitchell
FLA. BAR NO. 1048843
***Counsel for Defendant***
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100 – Phone

**Primary Service:**      stearns@jambg.com
                         mtmitchell@jambg.com
**Secondary Service:**    young@jambg.com
                         cintron@jambg.com
                         nunez@jambg.com

## <u>SERVICE LIST</u>

**KARL JOBST**
**Pro Se Plaintiff**
32 Ventura Street
Pallara, QLD, Australia 4110
Phone : +61 432 597 334
karljobstgaming@gmail.com

---

Christopher J. Stearns, Esq.
Michele T. Mitchell, Esq.
**Counsel for Defendant**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100 – Phone
stearns@jambg.com
mtmitchell@jambg.com
young@jambg.com
cintron@jambg.com
nunez@jambg.com