UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 0:26-cv-60997-DSW

KARL JOBST,

      Plaintiff,

vs.

WILLIAM JAMES MITCHELL,

      Defendant,

_____/

## [**PROPOSED**] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT

THIS CAUSE came before the Court upon Defendant's Unopposed Motion to Withdraw as Co-Counsel for Defendant. The motion is GRANTED.

It is THEREFORE ORDERED and ADJUDGED that Christopher J. Stearns, Esq., is withdrawn from the above-captioned case and Michele T. Mitchell, Esq., is substituted as Defendant's lead counsel in this case.

DONE and ORDERED in Chambers at Broward County, Florida on this _____ day of _____ 2026.

_____
UNITED STATES MAGISTRATE JUDGE
HONORABLE DETRA SHAW-WILDER

Copies furnished:
All Counsel of Record