## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

KARL JOBST,

                      Plaintiff,

       v.

WILLIAM JAMES MITCHELL,

                  Defendant.

Case No. 0:26-cv-60997-DSW



FILED BY _____ D.C.

APR 13 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

### PLAINTIFF'S MOTION FOR LEAVE TO USE CM/ECF

Plaintiff Karl Jobst respectfully moves this Court for leave to file electronically via the Court's Case Management/Electronic Case Files ("CM/ECF") system, and states:

1. Plaintiff is a pro se litigant residing in Brisbane, Australia.

2. Plaintiff has a PACER account and has access the Court's CM/ECF system.

3. Plaintiff understands and agrees to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Court's CM/ECF Administrative Procedures.

4. Due to Plaintiff's international location, filing documents by mail would result in unnecessary delay and inefficiency.

5. Granting Plaintiff leave to file electronically will promote the efficient administration of this case and facilitate timely and accurate filings, including the submission of clear, native PDF documents.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and permit Plaintiff to file documents electronically via CM/ECF.

Dated: April 9, 2026

Respectfully submitted,

Karl Jobst

32 Ventura Street

Pallara, QLD, Australia 4110

Karljobstgaming@gmail.com

+61 432 597 334

Pro Se Plaintiff

Carlos Pineiro jr.
1728 SW 14th Terr
Miami, FL 33145

MIAMI FL 330

9 APR 2026 PM 1 L

$0.74⁰
US POSTAGE
FIRST-CLASS
FROM 33165
04/09/2026
Stamps.com



U.S. DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
CLERK OF COURT - FORT LAUDERDALE DIVISION
299 E BROWARD BLVD STE 108
FT LAUDERDALE FL 33301-1922