Generated: Apr 8, 2026 12:36PM                                                         Page 1/1



# U.S. District Court

## Florida Southern - Fort Lauderdale

Receipt Date: Apr 8, 2026 12:36PM

Carlos Pineiro

| Rcpt. No: 21865 | Trans. Date: Apr 8, 2026 12:36PM | | Cashier ID: #EB (1912) |
|---|---|---|---|

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: Filing Fees for case 26-cv-60997-DSW Appr: 523736

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.