## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

KARL JOBST,

                              Plaintiff,

          v.

WILLIAM JAMES MITCHELL,

                              Defendant.

Case No. 0:26-cv-60997-DSW

FILED BY_____D.C.

JUN 16 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## DECLARATION OF KARL JOBST IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SECURITY FOR COSTS

I, Karl Jobst, declare as follows:

1.      I am the Plaintiff in the above case.

2.      On June 15, 2026, I personally accessed the public X account using the handle @billypacman. Based on my knowledge, I recognize @billypacman as belonging to Defendant William Mitchell.

3.      On June 15, 2026, I personally captured a screenshot of Defendant's June 10, 2026, X post. Attached as Exhibit A is a true and correct copy of the screenshot.

4.      Attached as Exhibit B is a true and correct transcription of Defendant's June 10, 2026, X post video.

5.      On June 15, 2026, I personally accessed the public X account using the handle @attorneymish. Based on my knowledge, I recognize @attorneymish as belonging to Defendant's lead counsel Michele Mitchell.

1

6.     On June 15, 2026, I personally captured a screenshot of Ms. Mitchell's June 10, 2026, X post confirming that she is lead counsel for the Defendant. Attached as Exhibit C is a true and correct copy of the screenshot.

7.     On June 15, 2026, I personally captured a screenshot of Ms. Mitchell's June 10, 2026, X post. Attached as Exhibit D is a true and correct copy of the screenshot.

8.     On June 15, 2026, I personally captured a screenshot of Ms. Mitchell's June 9, 2026, X post, reposting her May 29, 2026, X post. Attached as Exhibit E is a true and correct copy of the screenshot.

9.     Attached as Exhibit F is a true and correct copy of the June 10, 2026, email exchange between Plaintiff and Defendant's counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of June, 2026 in Brisbane, Australia.

By: _____
    Karl Jobst

2

**EXHIBIT A**

 

An Update On Karl Jobst's Lawsuit



○ 77    ♻ 45    ♡ 667    ᵢₗᵢ 35K    🔖 ⬆





HOT SAUCE

From rickeyssauce.com

○    ♻ 2    ♡ 35    ᵢₗᵢ 2.4K    🔖 ⬆

3

## EXHIBIT B

**Video transcript:**

Greetings, Billy Mitchell here with an update. Today my counsel filed a motion that requests an order compelling Karl Jobst to post an $80,000 bond to proceed with his lawsuit. My counsel also filed a motion to dismiss his case in its entirety with prejudice.

The bottom line is Mr. Jobst's lawsuit lacks any merit whatsoever. Everything I have said is constitutionally protected speech and the outcome of the lawsuit will reflect that. I'm very confident.

He clearly still believes that he is the knight trying to slay the mighty Mitchell dragon, but his lance will break again in the contest. If you want a small part of his broken lance, our limited edition Rickey's World Famous Dragon Sauce offers you the opportunity to own a piece of this history. Remember, 30% off with the discount code KARL LOBST at checkout.

Don't miss history. Don't miss the sauce.

**X post available at:**

https://x.com/BillyPacMan/status/2064503342022472077

4

## EXHIBIT C

**Stream Standard - Goosie** ✓
@StreamStandards

Billy Mitchell (@BillyPacMan) has now swapped his attorneys roles. His daughter - originally added as lead counsel - is now co-counsel, with his other attorney Christopher Stearns now elevated to lead counsel.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 0:26-cv-60997-DSW

KARL JOBST.

    Plaintiff,

vs.

WILLIAM JAMES MITCHELL.

    Defendant.

_____/

### UNOPPOSED MOTION TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT

Co-counsel for Defendant, William James Mitchell, respectfully moves the Court to substitute Michele T. Mitchell, Esq., for Christopher J. Stearns, Esq., as Defendant's lead counsel in this case.

Christopher J. Stearns, Esq., respectfully requests that this Court allow him to withdraw as Co-counsel for Defendant.

In accordance with Local Rule 11.1(d)(3)(A), Defendant, William James Mitchell, approves the substitution, which is not being done to delay this case. Counsel for Defendant has conferred with Plaintiff who does not oppose this motion.

2:45 AM · Jun 10, 2026 · **1,285** Views

💬 2    🔁 1    ♡ 4    🔖    ⬆

Relevant ⌄    View quotes ›

Post your reply

**Mish, ESQ.** @attorneymish · Jun 10    ⊘ ···
Incorrect. Chris is withdrawing as co-counsel and making me lead counsel in the case.

💬 2    🔁    ♡ 9    ılı 171    🔖 ⬆

5

**EXHIBIT D**

**Billy Mitchell** ✔ @BillyPacMan · Jun 10
An Update On Karl Jobst's Lawsuit



1:13

💬 77          🔁 45          ♡ 667          📊 35K          🔖  ⬆️

**Mish, ESQ.** @attorneymish · Jun 10
I heard your counsel was giggling in her office chair while submitting those filings

💬 1          🔁          ♡ 5          📊 647          🔖  ⬆️

6

**EXHIBIT E**

**Mish, ESQ.** @attorneymish · Jun 9

Tomorrow y'all will finally get to see it for yourselves instead of just hear about it!!! Yay!!!

> **Mish, ESQ.** @attorneymish · May 29
>
> It's my birthday and I'm spending it finalizing my legendary Motion to Dismiss that the internet is going to rave over

○        ⟲        ♡ 18        ᴨ 759        🔖  ⬆

7

**<u>EXHIBIT F</u>**

 **Karl Jobst** &lt;karljobstgaming@gmail.com&gt;    Jun 10, 2026, 8:02 AM (4 days ago)    ☆    ☺    ↩    ⋮
to Michele ▾

Dear Colleague,

I do not agree to the relief requested.

Given that you are filing this motion concurrently with your motion to dismiss, I will be requesting a motion for extension of time to respond to your motion for security of costs. The requested extension will be 14 days. Please advise if this motion is opposed.

Regards
Karl Jobst

 **Michele Mitchell**                            Jun 10, 2026, 8:08 AM (4 days ago)
to me ▾

Dear Mr. Jobst,

Defendant opposes the requested extension.

•••

8