UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 0:26-cv-60997-DSW

KARL JOBST,

     Plaintiff,

vs.

WILLIAM JAMES MITCHELL,

     Defendant,

_____/

## UNOPPOSED MOTION TO WITHDRAW LAW FIRM AS COUNSEL FOR DEFENDANT

Defendant, William James Mitchell, respectfully moves the Court to substitute Michele T. Mitchell, Esq., individually, in place of the law firm of JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A., and states:

It is hereby stipulated by Defendant, William James Mitchell, and undersigned counsel, subject to the approval of this Court, that Michele T. Mitchell, Esq., individually, shall be substituted as attorney of record for Defendant, in place of the law firm of JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A. and that JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A. shall be relieved from further responsibilities for the representation of Defendant in this action. Pursuant to Local Rule 11.1

(D)(4), Defendant moves this Court for an Order substituting counsel. A proposed Order is attached for the Court's convenience.

WHEREFORE, undersigned counsel respectfully requests that this Court grant this motion and withdraw JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A. as Counsel for Defendant, William James Mitchell.

**CERTIFICATION OF CONFERENCE WITH COUNSEL**

Pursuant to Local Rule 7.1(a)(2), the undersigned has conferred with Plaintiff and has been informed by Plaintiff that he does not oppose this motion.

Date: June 17, 2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of June 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

/s/ *Michele T. Mitchell*
Michele T. Mitchell
FLA. BAR NO. 1048843
***Counsel for Defendant***
**Primary Service:**   michele@mtam.law

## SERVICE LIST

**KARL JOBST**
**Pro Se Plaintiff**
32 Ventura Street
Pallara, QLD, Australia 4110
Phone : +61 432 597 334
karljobstgaming@gmail.com