UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 0:26-cv-60997-DSW

KARL JOBST,

     Plaintiff,

vs.

WILLIAM JAMES MITCHELL,

     Defendant,

_____/

## [**PROPOSED**] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW LAW FIRM AS COUNSEL FOR DEFENDANT

THIS CAUSE came before the Court upon Defendant's Unopposed Motion to Withdraw Law Firm as Counsel for Defendant. The motion is GRANTED.

It is THEREFORE ORDERED and ADJUDGED that the law firm of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, PA is withdrawn from the above-captioned case and Michele T. Mitchell, Esq., individually, is substituted as Defendant's sole counsel in this case.

DONE and ORDERED in Chambers at Broward County, Florida on this _____ day of _____ 2026.

_____
UNITED STATES MAGISTRATE JUDGE
HONORABLE DETRA SHAW-WILDER

Copies furnished:
All Counsel of Record