

**Australian Government**

**Australian Financial Security Authority**

| Name | DoBirth | Occupation | Bankruptcy No. | Debtor's Petition Accepted | Dividends | Further Reports | Auto Discharge |
|---|---|---|---|---|---|---|---|
| JOBST, KARL DAVID | ▮▮▮/1986 | Video Producer | QLD 652/25/0 | 09/May/2025 | TBA | TBA | 10/May/2028 |

|  |  |
|---|---|
| **Reference** | No Reference Provided |
| **SoA Address** | 32 Ventura St PALLARA QLD 4110 |
| **Trustee Contact** | DAVID MICHAEL STIMPSON SV PARTNERS  GPO Box 5300 BRISBANE QLD 4001 07 3310 2002 |
| **Associated Entities** | Karl Jobst Gaming Pty Ltd; |
| **Previous Addresses** | U 38  35 Kathleen St RICHLANDS QLD 4077; 34 Hill St SPRING HILL QLD 4000 |

**Creditors/Amount**

WILLIAM MITCHELL - $990,000.00;   COMMONWEALTH BANK OF AUSTRALIA  C/- BRAVURE - $8,647.00;   COMMONWEALTH BANK OF AUSTRALIA  C/- BRAVURE - $1,555.00;   AMERICAN EXPRESS AUSTRALIA LIMITED - $12,575.00;   COMMONWEALTH BANK OF AUSTRALIA  C/- BRAVURE - $728,237.00;   COMMONWEALTH BANK OF AUSTRALIA  C/- BRAVURE - $305,101.00;   COMMONWEALTH BANK OF AUSTRALIA  C/- BRAVURE - $258,143.00;   COMMONWEALTH BANK OF AUSTRALIA  C/- BRAVURE - $110,560.00;

**Total Creditors:** 8 - $2,414,818.00

## GENERAL INFORMATION

**If you are an unsecured creditor, please stop all recovery action.**

General information about assets that a bankrupt individual (debtor) is allowed to retain and those that can be recovered by the trustee for distribution among creditors is available from our website at www.afsa.gov.au.  Creditors may find the information on "*What can be taken or sold in bankruptcy*" particularly useful.

## FURTHER REPORTS AND DIVIDEND EXPECTATIONS

If a registered trustee is the trustee of the bankruptcy, you will receive a separate report from them, including advice about lodging claims (proof of debt).

If the Official Trustee is the trustee of the bankruptcy, a further report to creditors will not be issued unless material issues or recoverable assets are

identified. If a dividend is expected in the future you shall be requested to lodge a claim.

**DISCHARGE FROM BANKRUPTCY**
Provided there is no objection to discharge filed, the bankrupt is expected to be discharged three years from the date the Debtor's Petition was accepted by the Official Receiver.

**REQUESTS FOR INFORMATION, REPORTS AND DOCUMENTS**
An individual creditor has, and creditors by resolution have, the right to request that the trustee give information, provide a report or produce a document to the creditor/s. The trustee must comply with such requests unless the information, report or document requested is not relevant to the administration of the estate, the trustee would breach its duties if it complied with the request, or it is otherwise not reasonable for the trustee to comply with the request.

**REQUESTS FOR A MEETING OF CREDITORS**
Creditors have the right to require the trustee to convene a meeting of creditors. A meeting must be convened if:

- the creditors direct the trustee to do so by resolution

- at least 25% in value of creditors direct the trustee to do so in writing, or

- less than 25 per cent but more than 10 per cent in value of creditors direct the trustee to do so in writing and security for the cost of holding the meeting is given to the trustee prior to the meeting.

The trustee does not have to comply with a direction to hold a meeting if the direction is not reasonable.

**DIRECTIONS TO THE TRUSTEE**
Creditors have the right, by resolution, to give directions to the trustee relating to the administration of the estate. The trustee must have regard to any such directions but is not required to comply with them. If the trustee does not comply, the trustee must record in writing the reasons for not complying.

**REMOVAL AND REPLACEMENT OF THE TRUSTEE**
Creditors have the right to remove the trustee and appoint another trustee by resolution at a meeting of creditors. At least 5 business days' notice of the meeting must be given to all parties entitled to receive such notice.

**Please direct all future enquiries or** information you may have in regard to assets of the debtor, or possible offences that may have been committed to the trustee of the bankruptcy. Contact details of the trustee are on front page of this notice.